UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20624-AHS

UNITED STATES OF AMERICA

v.

YUDEL GONZALEZ,

Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Defendant Yudel Gonzalez (the "Defendant" or "Gonzalez") hereby acknowledges and agrees that, if this case were to go to trial, the United States would establish and prove the following facts beyond a reasonable doubt:

From in or around April 2013 through in or around January 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, Gonzalez did knowingly and willfully combine, conspire, confederate, and agree with co-conspirators, in violation of Title 18, United States Code, Section 1956(h), to commit money laundering, that is, to conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole or in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i). The specified unlawful activity was conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349; health care fraud, in violation of Title 18, United States Code, Section 1347; wire fraud, in violation of Title 18, United States Code, Section 1343; and conspiracy to pay and receive health care kickbacks, in violation of Title 18, United States Code, Section 371.

Golden Home Health Care, Inc. ("Golden"), Homestead Home Health Care LLC ("Homestead"), and MA Home Health Agency, Inc. ("MA") were Florida entities that did business as home health agencies in Miami-Dade County, Florida. Golden, Homestead, and MA were engaged in health care fraud by, among other things, paying kickbacks to patient recruiters and submitting false and fraudulent claims to Medicare. All Services 24/7 Inc. and Everyday Professional Care Service, Inc. were shell companies established by Gonzalez. Neither All Services 24/7 Inc. nor Everyday Professional Care Service, Inc. provided any legitimate services to Golden, Homestead, or MA.

Gonzalez was never an employee of Golden, Homestead, or MA and never otherwise had any legitimate affiliation with these entities, nor did any of the individuals Gonzalez recruited to cash checks issued by these home health agencies. Nevertheless, between April 2013 and January 2015, Gonzalez and his recruited money launderers received and cashed checks issued by Golden, Homestead, and MA with an aggregate value of $852,446. Those checks were drawn on the bank accounts of Golden, Homestead, and MA, and represented the proceeds of health care fraud and wire fraud. Gonzalez and his recruited money launderers cashed the checks issued by Golden, Homestead, and MA, and collected a fee for doing so. Gonzalez and his co-conspirators

then returned the remaining fraud proceeds in cash to individuals at Golden, Homestead, and MA for their own use and to further the fraud. Gonzalez knew and understood that the checks he and his co-conspirators received and cashed represented the proceeds of some form of unlawful activity carried out by Golden, Homestead, and MA. Some of the checks Gonzalez cashed were intentionally disguised in the memo lines with notations such as "Professional Services," despite the fact that neither Gonzalez nor his shell companies ever provided any legitimate services to the home health agencies.

In total, as a result of Gonzalez's participation in the conspiracy to commit money laundering, the value of laundered funds was approximately $852,446.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning the criminal activity in which I and others were engaged. I make this statement knowingly and voluntarily because I am in fact guilty of the crimes charged.

Date: 01/08/2020   By: _____
YUDEL GONZALEZ
DEFENDANT

Date: 01/08/2020   By: _____
JOSE R.E. BATISTA
COUNSEL FOR THE DEFENDANT

Date: 2/7/20   By: _____
ALEXANDER THOR POGOZELSKI
TRIAL ATTORNEY
FRAUD SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE