UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    Plaintiff,          CASE NO.: **19-20624-CR-AHS**

    -vs-

**YUDEL GONZALEZ, et al.,**

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO THE PRE-SENTENCE REPORT**

**COMES NOW** the Defendant, **YUDEL GONZALEZ,** by and through his undersigned counsel, and files this Unopposed Motion for Extension of Time to File Objections to the Presentence Investigation Report in this matter, and in support thereof states:

1. The Sentencing Hearing in this matter is presently scheduled for Thursday, April 16, 2020.

2. The Objections to the Defendant's Pre-Sentence Investigation Report is due on March 26, 2020.

3. Due to other prior and continuing legal engagement, undersigned counsel has not been able and will not be able to file Objections to the Pre-Sentence

Investigation Report on behalf of the Defendant in this cause by the due date of March 26, 2020.

4. Undersigned counsel requests that this Honorable Court give him until end of business day of April 6, 2020, to file any and all Objections to the PreSentence Investigation Report in this matter.

5. This motion is being filed in good faith and is not interposed for the purpose of hindrance, harassment or delay.

6. Undersigned counsel herein has spoken to **Alexander Thor Pogozelski**, the Trial Attorney in charge of this case, to ascertain his position vis-a-vis this motion, and he has informed the undersigned counsel that he has no objection to the Court granting the Motion for Extension of Time to File Objections to the PreSentence Investigation Report to the requested date in this cause.

7. The granting of this motion would in no way prejudice the government, and at the same time will give undersigned counsel sufficient time needed to prepare and file Objections to the Pre-Sentence Investigation Report in this cause.

8. It is in the best interest of justice that this motion be granted, thereby giving the Defendant the opportunity to have effective assistance of counsel, and to

avail himself of his Due Process Rights pursuant to the Fifth and Sixth Amendments to the United States Constitution.

**WHEREFORE**, in light of the foregoing circumstances, the Defendant, **Yudel Gonzalez**, respectfully requests this Honorable Court to grant this Unopposed Motion for Extension of Time to File Objections to the PreSentence Investigation Report until end of business day of April 6, 2020.

Respectfully submitted,

**BATISTA & BATISTA, P.A.**
Attorneys for the Defendant
7171 Coral Way, Suite 400
Miami, Florida  33155
Telephone:  (305) 267-5139
Facsimile:   (305) 267-4108
Email: Jrebatistalaw@gmail.com

By:      /s/  **Jose' R.E. Batista**
**Jose' R.E. Batista, Esq.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed with the Clerk of Court using **CM/ECF**; on this 23rd day of March, 2020.



/s/
**COUNSEL**