UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,                            CASE NO.: **19-20624-Cr-SINGHAL**

   -vs-

**YUDEL GONZALEZ, et al.,**

   Defendants.
_____/

## DEFENDANT'S OBJECTIONS AND CLARIFICATION TO THE PRESENTENCE INVESTIGATION REPORT

**COMES NOW** the Defendant, **YUDEL GONZALEZ**, by and through his undersigned counsel, and files his Objections and Clarifications to the PreSentence Investigation **OFFENSE CONDUCT & ROLE ASSESSMENT.**

1. As to paragraphs eighteen (18) and twenty (20) at page seven (7) of the PSI, Mr. Gonzalez wants to clarify that he did not collect a fee for the checks cashed by the two individuals he recruited.

2. As to paragraph twenty-six (26) at page eight (8) of the PSI, Mr. Gonzalez never brought any health care prescriptions; he never recruited any health care patients; and he never received any kickback.

3. As to paragraph thirty-one (31) at page ten (10) of the PSI, Mr. Gonzalez knew that the monies came from some type of unlawful activity; and

objects to any role enhancement.

4. Mr. Gonzalez objects to paragraph thirty-six (36) at page eleven (11) of the PSI, wherein he is given a four (4) level enhancement for Specific Offense Characteristics pursuant to §2S1.1(b)(2)(C) for being in the business of laundering funds. Prior to his involvement in this case, Mr. Gonzalez had never engaged in money laundering. Additionally, prior to committing this crime, Mr. Gonzalez had never been involved in money laundering and he had never been arrested in his life.

5. Mr. Gonzalez objects to paragraph thirty-eight (38) at page eleven (11) of the PSI, wherein he is given a three (3) point enhancement for Role in the Offense pursuant to §3B1.1(b); and the PSI asserts that this enhancement applies because Mr. Gonzalez was a manager or supervisor and the offense involved five or more participants or was otherwise extensive. PSI ¶ 30.

6. In this case, Mr. Gonzalez did not claim or received a larger share of the fruits of the crime than either of the two individuals he recruited to cash checks. He did not control those two (2) individuals' actions; and he received the same percentage for cashing the checks that these two other individuals received.

7. The attorneys for the parties, after extensive discussions and plea negotiations, and being thoroughly familiar with all of the evidence in this case,

reached an agreement and entered and executed a plea agreement in this case in which neither of the above enhancements applied.

## GUIDELINE CALCULATION

If the Court grants the objections herein, Mr. Gonzalez's adjusted offense level would be 21.

**WHEREFORE**, for the reasons stated herein and for any other reasons that may arise during the sentencing hearing in this cause, Mr. Gonzalez respectfully requests that this Court grant his objections and clarifications.

Respectfully submitted,

**BATISTA & BATISTA, P.A.**
Attorneys for the Defendant
7171 Coral Way, Suite 400
Miami, Florida  33155
Telephone:  (305) 267-5139
Facsimile:   (305) 267-4108
E-mail: Jrebatistalaw@gmail.com

By:  */s/ Jose' R. E. Batista*
**Jose' R.E. Batista, Esq.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed with the Clerk of Court using **CM/ECF**; on this 2nd day of April, 2020.

*/s/ Jose' R. E. Batista*
**COUNSEL**