## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**                    **CASE NO.: 19-20624-CR-SINGHAL**

Plaintiff,

**-vs-**

**YUDEL GONZALEZ  et al.,**

Defendants.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Yudel Gonzalez, by and through his undersigned counsel and moves this Honorable Court to enter an order continuing Sentencing in this matter and as grounds states the following:

1. Sentencing in this case for the Defendant Mr. Gonzalez is presently scheduled for Wednesday, July 22, 2020.

2. The Defendant Yudel Gonzalez would like to have witnesses present at his Sentencing Hearing.

3. The Defendant Mr. Gonzalez is released on personal surety bond; with electronic monitoring.

4. On June 29, 2020, due to the COVID-19 pandemic public health emergency, Chief Judge Michael Moore issued Fifth Administrative Order in conjunction with Administrative Orders 2020-33, 2020-24, 2020-21 and 2020-18 suspending jury trials and other proceedings in an effort "to protect the public health . . . and reduce the size of public gatherings and reduce unnecessary travel."

5.  In the last few days, the State of Florida has had a recent spike in reported cases of more than 10,000 new cases for more than five consecutive days, including just yesterday which apparently is due to the lifting of prior restrictions limiting movements and personal interactions outside the home.

6.  In light of the public health emergency affecting our State with the spike in new CORVI-19 cases due to the lifting of restrictions on movement and personal interactions to the greatest extent feasible, the Defendant Gonzalez respectfully requests that the Court continue sentencing in this matter for the last week of October, 2020.

7.  Pursuant to the local rules, undersigned counsel has conferred with Kirsten Nelson, counsel for Juana Mirta Quintero; and with Alexander Thor Pogozelski, Trial Attorney for the United States Government; and the attorneys do not have an objection to Mr. Gonzalez's Motion request to continue sentencing.

8.  This motion is made in good faith and is not interposed for the purposes of unnecessary delay. Furthermore, no prejudice will result should the Court grant this Motion.

   **WHEREFORE**, the defendant, Yudel Gonzalez, herein, respectfully requests that this Honorable Court grant this Motion and enter an Order continuing Sentencing in this matter to the last week of October, 2020, or anytime thereafter.

Respectfully submitted,

**BATISTA & BATISTA, P.A.**
Attorneys for the Defendant
7171 Coral Way, Suite 400
Miami, Florida  33155
Telephone:  (305) 267-5139
Facsimile:   (305) 267-4108
Email: Jrebatistalaw@gmail.com

By:     **/s/  Jose' R.E. Batista**
            **Jose' R.E. Batista, Esq.**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed with the Clerk of Court using **CM/ECF**; on this 6th day of July, 2020.

        /s/  *Jose' R. E. Batista*
            **COUNSEL**