Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100212379
Cashier ID: asanche2
Transaction Date: 07/27/2020
Payer Name: YUDEL GONZALEZ
-----------------------------------
CJA REPAYMENT
 For: YUDEL GONZALEZ
 Amount:        $1,000.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 2206923281
 Amt Tendered: $1,000.00
-----------------------------------
Total Due:      $1,000.00
Total Tendered: $1,000.00
Change Amt:     $0.00


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.